

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2013

No. 04-13-00258-CV

Javier H. **PEREZ** Sr.,
Appellant

v.

**SENTRY INSURANCE**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013-CVT-000441-C3
Honorable Jesus Garza, Judge Presiding

# O R D E R

    Appellant's response to show cause order is NOTED. Appellant's brief must be filed no later than thirty days from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court